## HOUSTON PRINTING COMPANY v. Tom F. HUNTER.

### No. 22852.

Supreme Court of Texas.

June 23, 1937.

Walter F. Woodul, of Houston, and J. T. Montgomery, of Wichita Falls, for plaintiff in error.

Taylor, Muse & Taylor and Bruce Greenwood, all of Wichita Falls, and Fuller & Fuller, of Houston, for defendant in error.

### PER CURIAM.

We agree with the Court of Civil Appeals [105 S.W.(2d) 312] that the judgment of the trial court in this cause should be reversed. In our opinion, the evidence contained in this record does not raise the issue of actual malice upon which a claim

for exemplary damages could be based. As to the legal sufficiency of the testimony introduced in support of the action for actual damages, we express no opinion thereon.